| Trustee Name, Address, Phone, Fax, Email: | |
|---|---|
| RICHARD A. YANAGI<br>P.O. Box 37024<br>Honolulu, HI 96837<br>Phone: (808) 599-0339<br>Fax:<br>Email: yanagichap7@gmail.com | **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII** |
| Debtor(s):<br>GILLILAND, SHERRY A. | Case No.: 13-01219<br><br>Chapter 7 |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

| Total funds being deposited with the court pursuant to Fed. R. Bankr. P. 3011:<br>This amount represents unclaimed funds on the claim(s) listed below. | $38,278.99 |
|---|---|

*[List claimants for unclaimed funds below - attach continuation sheets if necessary.]*

| Claim No. | Claimant Name and Address | Amount |
|---|---|---|
| 6 | Kent R. Smith<br>c/o Glenn Yamasaki<br>8 Kiopaa Street # 103<br>Pukalani, HI 96768 | $38,278.99 |

Dated: February 11, 2017

/s/ RICHARD A. YANAGI
Trustee